ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

ENOCH H. LIANG - State Bar No. 212324
enoch.liang@ltlattorneys.com
STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlattorneys.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION; VIZIO, INC., <br><br> Defendants. | CASE NO.: CV12- 5707 MRP (Ex) <br><br> Hon. Judge Mariana R. Pfaelzer <br><br> **DEFENDANT VIZIO, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENTS NOS. 6,239,842 AND 7,271,840 UNDER 35 U.S.C. §§ 101 AND 112** <br><br> DATE:         February 4, 2013 <br> TIME:          11:00 a.m. <br> PLACE:       Courtroom 12 |

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

788680

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that at 11:00 a.m. on February 4, 2013, or as soon thereafter as counsel may be heard, Defendant VIZIO, Inc. ("VIZIO") will, and hereby does, move this Court, the Honorable Mariana R. Pfaelzer presiding, for Summary Judgment of Invalidity of U.S. Patents Nos. 6,239,842 and 7,271,840 under 35 U.S.C. §§ 101 and 112.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and appendices thereto, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of Charles C. Koole and Dr. Sheila S. Hemami in support of this Motion and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

In accordance with the Court's standing order and Civil Local Rules, VIZIO counsel certifies that they met and conferred with Oplus Technologies, Ltd.'s ("Oplus") counsel prior to filing this motion. On November 16, 2012, VIZIO counsel met and conferred telephonically with Oplus counsel to discuss the grounds for this Motion. Declaration of Charles C. Koole, ¶12. On the same day, after a request from Oplus counsel for further elaboration, VIZIO counsel sent an email further directing Oplus counsel to VIZIO's Invalidity Contentions, which detail the invalidity of the asserted patent claims under 35 U.S.C. §§ 101 and 112, and provided case authority. *Id.* at ¶13. After a further request from Oplus counsel for more information, on January 2, 2013, VIZIO counsel provided Oplus counsel with a an advance copy of the brief supporting this Motion prior to filing it. *Id.* at ¶14.

Dated: January 7, 2013                    Respectfully submitted,

                                          By: /s/ Adrian M. Pruetz
                                          Adrian M. Pruetz
                                          Cal. Bar No. 118215

| | |
|---|---|
| 1 | Charles C. Koole |
| | Cal. Bar No. 259997 |
| 2 | GLASER WEIL FINK JACOBS |
| 3 | HOWARD AVCHEN & SHAPIRO LLP |
| | 10250 Constellation Blvd., 19th Floor |
| 4 | Los Angeles, CA 90067 |
| | (310) 282-6250 Telephone |
| 5 | (310) 785-3550 Facsimile |
| 6 | E-mail: apruetz@glaserweil.com |
| | E-mail: ckoole@glaserweil.com |
| 7 | |
| 8 | Enoch H. Liang |
| | Cal. Bar No. 212324 |
| 9 | Steven R. Hansen |
| 10 | Cal. Bar No. 198401 |
| | LEE TRAN & LIANG APLC |
| 11 | 601 S. Figueroa Street, Suite 4025 |
| 12 | Los Angeles, CA 90017 |
| | Telephone: (213) 612-3737 |
| 13 | Facsimile: (213) 612-3773 |
| 14 | E-mail: enoch.liang@ltlattorneys.com |
| | E-mail: steven.hansen@ltlattorneys.com |
| 15 | |
| 16 | *Attorneys for Defendant* |
| 17 | *VIZIO, Inc.* |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

2
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

788680