ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

ENOCH H. LIANG - State Bar No. 212324
enoch.liang@ltlattorneys.com
STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlattorneys.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION; VIZIO, INC., <br><br> Defendants. | CASE NO.: CV12- 5707 MRP (Ex) <br><br> Hon. Judge Mariana R. Pfaelzer <br><br> **DECLARATION OF ADRIAN M. PRUETZ IN SUPPORT OF DEFENDANT VIZIO, INC.'S MOTION FOR PROTECTION FROM SUBPOENA ISSUED IN VIOLATION OF MULTIPLE COURT ORDERS AND PROHIBITING USE OF SUBPOENAED DOCUMENTS** <br><br> DATE:     June 17, 2013 <br> TIME:      11:00 a.m. <br> PLACE:    Courtroom 12 |

## DECLARATION OF ADRIAN M. PRUETZ

I, Adrian M. Pruetz, declare as follows:

1. I am a partner in the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP and I am an attorney of record for Defendant VIZIO, Inc. ("VIZIO") in the following action pending in the Central District of California: *Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al.*, Case No. 2:12-cv-05707-MRP (Ex) (C.D. Cal.). I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. On May 10, 2013, I met and conferred with Daniel Ferri, counsel for Oplus Technologies Ltd., in person in Irvine, California. During this meet and confer, I explained the grounds for VIZIO's Motion. Oplus counsel stated that they would report back to me on whether they would withdraw their subpoena or oppose this Motion. As of the date of this declaration, Oplus counsel has not.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of May 2013 in Los Angeles, California.

*[signature]*
Adrian M. Pruetz

---
1
DECLARATION OF ADRIAN M. PRUETZ

805718.1