ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

ENOCH H. LIANG - State Bar No. 212324
enoch.liang@ltlattorneys.com
STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlattorneys.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br>  Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION; VIZIO, INC., <br><br>  Defendants. | CASE NO.: CV12- 5707 MRP (Ex) <br><br> Hon. Judge Mariana R. Pfaelzer <br><br> **DEFENDANT VIZIO, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 6,239,842 AND 7,271,840** <br><br> DATE:        September 9, 2013 <br> TIME:         11:00 a.m. <br> PLACE:      Courtroom 12 |

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

816700

### NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that at 11:00 a.m. on September 9, 2013, or as soon thereafter as counsel may be heard, Defendant VIZIO, Inc. ("VIZIO") will, and hereby does, move this Court, the Honorable Mariana R. Pfaelzer presiding, for Summary Judgment of Noninfringement of U.S. Patent Nos. 6,239,842 and 7,271,840.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of Charles C. Koole and Dr. Sheila S. Hemami in support of this Motion and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

In accordance with the Court's standing order and Civil Local Rules, VIZIO counsel certifies that they met and conferred with Oplus Technologies, Ltd.'s ("Oplus") counsel prior to filing this motion. On July 19, 2013, VIZIO counsel met and conferred telephonically with Oplus counsel to discuss the grounds for this Motion. Declaration of Charles C. Koole in Support of Defendant VIZIO, Inc.'s Motion for Summary Judgment of Noninfringement of U.S. Patent Nos. 6,239,842 and 7,271,840 at ¶22.

Dated: July 29, 2013              Respectfully submitted,

                                  By:  /s/ Adrian M. Pruetz__
                                  Adrian M. Pruetz
                                  Charles C. Koole
                                  GLASER WEIL FINK JACOBS
                                   HOWARD AVCHEN & SHAPIRO LLP

1  Enoch H. Liang
   Steven R. Hansen
2  LEE TRAN & LIANG APLC

3
4  *Attorneys for Defendant*
   *VIZIO, Inc.*

---

2
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

816700