ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

ENOCH H. LIANG - State Bar No. 212324
enoch.liang@ltlattorneys.com
STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlattorneys.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

FILED 2013 OCT 31 PM 3:52

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION; VIZIO, INC.,<br><br>Defendants. | CASE NO.: CV12-5707 MRP (Ex)<br><br>Hon. Judge Mariana R. Pfaelzer<br><br>**DEFENDANT VIZIO INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR DEFENDANT VIZIO, INC.'S MOTION FOR ATTORNEYS' FEES AND EXPERT WITNESS FEES PURSUANT TO 35 U.S.C. § 285, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWER**<br><br>DATE: December 2, 2013<br>TIME: 11:00 am<br>PLACE: Courtroom 12 |

1  Pursuant to Local Rule 79-5.1, Defendant VIZIO, Inc. ("VIZIO") hereby
2  requests that the Court grant this application to file VIZIO's Memorandum of Points
3  and Authorities and Declaration of Charles C. Koole in Support of its Motion for
4  Attorneys' Fees and Expert Witness Fees Pursuant to 35 U.S.C. § 285, 28 U.S.C. §
5  1927, and the Court's Inherent Power under seal. Good cause exists to grant VIZIO's
6  application as the parties have designated the information contained in same as
7  "Confidential" and "Highly Confidential – Attorneys' Eyes Only" pursuant to the
8  protective order in this matter.

9      1.    Defendant VIZIO, Inc.'s Memorandum of Points and Authorities in
10 Support of its Motion for Attorneys' Fees and Expert Witness Fees Pursuant to 35
11 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's Inherent Power [Confidential
12 Version].

13     2.    Declaration of Charles C. Koole in Support of Defendant VIZIO, Inc.'s
14 Motion for Attorneys' Fees and Expert Witness Fees Pursuant to 35 U.S.C. § 285, 28
15 U.S.C. § 1927, and the Court's Inherent Power.

DATED: October 31, 2013

Respectfully submitted,

By: _____
Adrian M. Pruetz
Charles C. Koole
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP

Enoch H. Liang
Steven R. Hansen
LEE TRAN & LIANG APLC

*Attorneys for Defendant VIZIO, Inc.*