NIRO, HALLER & NIRO
Raymond P. Niro (*Pro Hac Vice admitted*)
rniro@nshn.com
Arthur A. Gasey (*Pro Hac Vice admitted*)
gasey@nshn.com
Paul C. Gibbons (*Pro Hac Vice admitted*)
gibbons@nshn.com
Kara L. Szpondowski (*Pro Hac Vice admitted*)
szpondowski@nshn.com
Daniel R. Ferri (*Pro Hac Vice admitted*)
dferri@nshn.com
Gabriel I. Opatken (*Pro Hac Vice admitted*)
gopatken@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Facsimile:  (312) 236-3137

KNEAFSEY & FRIEND LLP
Sean M. Kneafsey (SBN 180863)
skneafsey@kneafseyfriend.com
800 Wilshire Blvd. Ste. 710
Los Angeles, California 90017
Telephone: (213) 892-1200
Facsimile:  (213) 892-1208

Attorneys for Plaintiff
Oplus Technologies, Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION and VIZIO, INC., <br><br> Defendants. | Case No. CV12-5707 MRP (E) <br><br> *Assigned to the Honorable Mariana R. Pfaelzer* <br><br> **NOTICE OF APPEAL** |

NOTICE OF APPEAL

Oplus Technologies, Ltd., Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Judgment of October 17, 2013 (ECF No. 185) and from all decisions, opinions, orders, and rulings subsumed therein and/or made prior to entry of the October 17, 2013 Judgment in this action, including, but not limited to, the Court's Order dated October 2, 2013 (ECF No. 183).

Included herewith is payment of the filing fee ($5.00) and the docketing fee ($450.00) as required by 28 U.S.C. § 1917 and Federal Circuit Rule 52(a)(3)(A), respectively, and Federal Rule of Appellate Procedure 3(e).

Respectfully submitted,

*/s/ Arthur A. Gasey*[1]

Arthur A. Gasey (*Pro Hac Vice*)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile:  (312) 236-3137

Attorneys for Oplus Technologies, Ltd

---

[1] Pursuant to Local Rule 5-44.3.4(a)(2)(i), the ECF Filer, Sean M. Kneafsey, obtained the authorization of Mr. Gasey to file this document who concurs with the filing's content.