ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
ckoole@glaserweil.com
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

ENOCH H. LIANG - State Bar No. 212324
enoch.liang@ltlattorneys.com
STEVEN R. HANSEN - State Bar No. 198401
steven.hansen@ltlattorneys.com
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION, VIZIO, INC., <br><br> Defendants. | CASE NO.: CV12-5707 MRP (Ex) <br><br> Hon. Judge Mariana R. Pfaelzer <br><br> **DEFENDANT VIZIO, INC.'S NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendant VIZIO, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Denying Defendant VIZIO, Inc.'s Motion for Attorneys' Fees and Expert Witness Fees (Document 220), entered in this action on February 3, 2014. A copy of this Order is attached hereto as Exhibit A.

Dated: February 10, 2014  Respectfully submitted,

By: /s/ Adrian M. Pruetz
Adrian M. Pruetz
Charles C. Koole
GLASER WEIL FINK JACOBS
 HOWARD AVCHEN & SHAPIRO LLP

Enoch H. Liang
Steven R. Hansen
LEE TRAN & LIANG APLC

*Attorneys for Defendant
VIZIO, Inc.*