# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1119, 14-1131

**OPLUS TECHNOLOGIES, LTD.,**

*Plaintiff – Appellant,*

v.

**SEARS HOLDINGS CORPORATION,**

*Defendant,*

**VIZIO, INC.,**

*Defendant - Cross-Appellant.*

```
RECEIVED
CLERK, U.S. DISTRICT COURT

3/27/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY
```

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-05707-MRP-E, Senior Judge Mariana R. Pfaelzer.

## MANDATE

In accordance with the judgment of this Court, entered March 27, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, Central District of California (Los Angeles)
Arthur A. Gasey
Steven Richard Hansen
Charles Christian Koole
Adrian Mary Pruetz
Joseph R. Re

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPLUS TECHNOLOGIES, LTD.,**
*Plaintiff-Appellant,*

v.

**SEARS HOLDINGS CORPORATION,**
*Defendant,*

AND

**VIZIO, INC.,**
*Defendant-Cross-Appellant.*

---

2014-1119, -1131

---

Appeals from the United States District Court for the Central District of California in No. 2:12-cv-05707-MRP-E, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to withdraw these appeals,

IT IS ORDERED THAT:

2    OPLUS TECHNOLOGIES, LTD. v. SEARS HOLDING CORPORATION

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s19

ISSUED AS MANDATE: <u>March 27, 2014</u>