UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Date:May 4, 2015

**CASE NO:   CV12-5707-MRP (Ex) Oplus Technologies, Ltd. v. Sears Holdings Corporation et al**
==================================================================
PRESENT:  <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

| <u>Jacob Yerke</u> | <u>Katie Thibodeaux</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

| Arthur A Gasey | Adrian M Pruetz |
| Daniel R Ferri | |
| Raymond P Niro | |
| Sean M Kneafsey | |

**PROCEEDINGS:**   TELEPHONIC STATUS CONFERENCE

    The case is called and appearances are made.  Court and counsel discuss the status of the settlement discussions.  The parties are to file a joint stipulation and proposed order of dismissal by May 14, 2015.

MINUTES FORM 11                                                                                               Initials of Deputy Clerk <u>jy</u>
CIVIL - GEN                                                                                                            TIME :10 mins