ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
CHARLES C. KOOLE - State Bar No. 259997
evanloon@glaserweil.com
GLASER WEIL FINK
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 282-6250
Facsimile:   (310) 785-3550

Attorneys for Defendant
VIZIO, Inc.

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDING CORPORATION and VIZIO, INC., <br><br> Defendants. | CASE NO.:  CV12-5707 MRP (Ex) <br><br> Hon. Judge Mariana R. Pfaelzer <br><br> **STIPULATION TO DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

STIPULATION TO DISMISSAL

1026989

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Oplus Technologies, Ltd., its counsel, Niro, Haller & Niro, Ltd. and each of its attorneys, and Defendant VIZIO, Inc. (the "Parties"), hereby stipulate and agree as follows:

1. Pursuant to the Settlement Agreement among the Parties dated May 13, 2015, VIZIO's Motion for Attorneys' Fees and Expert Witness Fee shall be dismissed and this case closed.
2. This matter may be reinstated if the payment obligations to VIZIO specified in the Settlement Agreement are not fulfilled.
3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: May 29, 2015

By:  /s/ Adrian M. Pruetz
ADRIAN M. PRUETZ  (SBN 118215)
CHARLES C. KOOLE  (SBN 259997)
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920
Email:  apruetz@glaserweil.com
Email:  ckoole@glaserweil.com

ENOCH H. LIANG (SBN 212324)
STEVEN R. HANSEN  (SBN 198401)
LEE TRAN & LIANG APLC
601 S. Figueroa St., Suite 4025
Los Angeles, CA 90017
Telephone:  (213) 612-3737
Facsimile:  (213) 612-3773
Email:  ehl@ltlattorneys.com
Email:  srh@ltlattorneys.com

**STIPULATION TO DISMISSAL**

1026989

|   |   |   |
|---|---|---|
| 1 |  | *Attorneys for Defendant, VIZIO, Inc.* |
| 5 | DATED: May 29, 2015 | By: /s/ Arthur A. Gasey |
| 6 |  | RAYMOND P. NIRO (*Pro Hac Vice*) |
| 7 |  | ARTHUR A. GASEY (*Pro Hac Vice*) |
| 8 |  | DANIEL R. FERRI (*Pro Hac Vice*) |
|   |  | NIRO, HALLER & NIRO, Ltd. |
| 9 |  | 181 W. Madison, Suite 4600 |
| 10 |  | Chicago, IL 60602 |
|   |  | Telephone: (312) 236-0733 |
| 11 |  | Facsimile: (312) 236-3137 |
| 12 |  | Email: rniro@nshn.com |
|   |  | Email: gasey@nshn.com |
| 13 |  |  |
| 14 |  | SEAN M. KNEAFSEY (SBN 180863) |
|   |  | KNEAFSEY & FRIEND LLP |
| 15 |  | 800 Wilshire Blvd. Ste. 710 |
| 16 |  | Los Angeles, CA 90017 |
|   |  | Telephone: (213) 892-1200 |
| 17 |  | Facsimile: (213) 892-1208 |
|   |  | Email: skneafsey@kneafseyfriend.com |
| 19 |  | *Attorneys for Defendant,* |
| 20 |  | *Oplus Technologies, Ltd.* |

**STIPULATION TO DISMISSAL**

1026989