FILED
CLERK, U.S. DISTRICT COURT
6/2/15
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., | CASE NO.: CV12-5707 MRP (Ex) |
| Plaintiff, | Chief Judge George H. King |
| v. | **ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |
| SEARS HOLDING CORPORATION and VIZIO, INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Settlement Agreement dated May 13, 2015, and the Stipulation to Dismissal filed concurrently, VIZIO's Motion for Attorneys' Fees and Expert Witness Fees is dismissed and this case is closed.

This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATED: June 2, 2015

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE